IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARK E. BRYANT

Plaintiff,

v.                                                           Case No.      5:04CV151BrSu

INTERNATIONAL PAPER COMPANY;
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, AFL-
CIO-CLC; INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS; LOCAL 1650

Defendants

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before this Court on this day and all parties appearing by their

respective counsel of record and making known unto the Court that the above styled and numbered

civil action has been compromised and settled, and that Plaintiff has received full accord and

satisfaction of the cause of action set forth in his Complaint, and all parties expressly consenting to

the entry of this judgment;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action be, and the same

is hereby, dismissed with prejudice with each party to bear their own costs.

SO ORDERED AND ADJUDGED on this the __7th__ day of __February__, 2006.


            s/ David Bramlette
            DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:


s/Matthew W. Kitchens
MATTHEW W. KITCHENS
KITCHENS & ELLIS
610 North Street
Jackson, Mississippi 39202-3116

ATTORNEY FOR PLAINTIFF MARK E. BRYANT



s/John L. Maxey, II
JOHN L. MAXEY, II
MAXEY WANN
Post Office Box 3977
Jackson, Mississippi 39207

ATTORNEY FOR DEFENDANTS INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, AFL-CIO-CLC; INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS; LOCAL 1650



s/Walter J. Brand
WALTER J. BRAND
WATKINS & EAGER, PLLC
Post Office Box 650
Jackson, Mississippi 39205

ATTORNEY FOR INTERNATIONAL PAPER COMPANY